IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMIKA PRESSLEY | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| ALO YOGA, INC. et al. | : | No.: 2:25-cv-00616-NIQA |

ORDER

AND NOW, this _____ day of _____ 20 25 , it is hereby

ORDERED that the application of  Kenneth Day-Oshita _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.[1]

☐ DENIED.

_____
The Honorable Nitza I. Quinones Alejandro

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:25-cv-00616-NIQA

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT*
*PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, **Kenneth Day-Oshita** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| California | 12/01/2017 | 317106 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| See attachment | | |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

/s/ Kenneth Day-Oshita
(Applicant's Signature)

03/28/2025
(Date)

Name of Applicant's Firm: Alo, LLC - Legal Department
Address: 9830 Wilshire Blvd., Beverly Hills, CA 90212
Telephone Number: (323) 510-1887
Email Address: kenneth.day-oshita@aloyoga.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/28/2025
(Date)

/s/ Kenneth Day-Oshita
(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Kenneth Day-Oshita to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Leslie Miller Greenspan | /s/ Leslie Miller Greenspan | 09/22/2004 | 91639 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Tucker Law Group

Ten Penn Center 1801 Market Street, Suite 2500 Philadelphia, PA 19103

(215) 875-0609

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/28/2025                              /s/ Leslie Miller Greenspan
             (Date)                                      (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMIKA PRESSLEY | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| ALO YOGA, INC. et al. | : | No.: 2:25-cv-00616-NIQA |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Kenneth Day-Oshita**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

By electronic service via the Court's electronic filing system on all parties and by U.S. Mail on the following pro se party:
Plaintiff Tamika Pressley
1 Union Ave. #2592
Bala Cynwyd, PA 19004

/s/ Leslie Miller Greenspan
_____
(Signature of Attorney)

Leslie Miller Greenspan
_____
(Name of Attorney)

Defendants
_____
(Name of Moving Party)

03/28/2025
_____
(Date)

## ATTACHMENT

**Application for Admission of Attorney *Pro Hac Vice*, Kenneth Day-Oshita**

**Federal Court Admissions:**

United States District Court for the Central District of California – 06/03/2019

United States District Court for the Southern District of California – 10/04/2021

United States District Court for the Eastern District of California – 10/04/2021

United States District Court for the Northern District of California – 10/04/2021

United States Court of Appeals for the Ninth Circuit – 10/04/2021